**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 237 EAL 2020

                Respondent : 

                          : Petition for Allowance of Appeal
                          : from the Order of the Superior Court

          v. : 

DAVEN FORTH, : 

                Petitioner : 


## ORDER


**PER CURIAM**

    **AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.